# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| ANTONIO WILLIAMS § | CASE NO. 05-46123-RN |
| § | CHAPTER 13 |
| § | |
| § | JUDGE RANDALL NEWSOME |

## REQUEST FOR SERVICE OF NOTICE

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Brice, Vander Linden & Wernick, P.C. has been engaged by the creditor identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankruptcy Court upon the creditor at the following address:

**Washington Mutual**
**7800 North 113th Street**
**Mail Stop MWIB201**
**Milwaukee, Wisconsin 53224**

Respectfully submitted,
Brice, Vander Linden & Wernick, P.C.

/s/ Hilary B. Bonial
Hilary B. Bonial
F# 7775-N-3692
9441 LBJ Freeway, Suite 350
Dallas, Texas 75243
(972) 643-6600 / (972) 643-6698 (Telecopier)
E-mail Address: notice@bkcylaw.com
Authorized Agent for Washington Mutual

## CERTIFICATE OF SERVICE

I, Hilary B. Bonial, hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before October 13, 2005:

**Debtor's Attorney**
Max Cline
Law Offices of Max Cline
1300 Clay Street
Ste 600
Oakland , California 94612

**Chapter 13 Trustee**
Martha  G. Bronitsky
Post Office Box 5004
Hayward, California  94540-5004


       /s/ Hilary B. Bonial
       Hilary B. Bonial


7775-N-3692
noaelect

2
Case: 05-46123   Doc# 5   Filed: 10/13/05   Entered: 10/13/05 10:00:20   Page 2 of 2