MARTHA G. BRONITSKY
Chapter 13 Standing Trustee
24301 Southland Dr., Suite 200
Hayward, CA 94545-1541
(510) 266-5580
e-mail: 13trustee@oak13.com

**Signed: January 04, 2006**

_Randall J. Newsome_
**RANDALL J. NEWSOME**
**U.S. Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re                                    Case No. 05-46123-RN13
                                              (Chapter 13)

   ANTONIO WILLIAMS

                        debtor(s)      Attorney of Record:
                                       MAX CLINE ATTY
_____

### CONFIRMATION ORDER AFTER MEETING OF CREDITORS

1. The Meeting of Creditors having been concluded on November 17, 2005
2. Upon recommendation of the Trustee and there being no opposition by any creditor,
3. The Court Makes the following findings:
   a. The Plan complies with the provisions of Chapter 13 Title 11, United States Code;
   b. The Debtor has paid the filing fee in full in this case;
   c. The Plan has been proposed in good faith and not by any means forbidden by law;
   d. The value, as of the effective date of the Plan, of property to be distributed under the Plan on account of each allowed unsecured claim is not less than the amount that would be paid on such claim if the estate of the Debtor were liquidated under Chapter 7 of this Title on such date;
   e. With respect to each allowed secured claim provided for by the Plan;
      (i)     The Holder of such claim has accepted the Plan; or
      (ii)(A) The Plan provides that the holder of such claim retain the lien securing such claim; and
          (B) The value, as of the effective date of the Plan, of property to be distributed under the Plan on account of such claim is not less than the allowed amount of such claim; or
      (iii)   The Debtor surrenders the property securing such claim to such holder; and
   f. The Debtor will be able to make all payments under the Plan and to comply with the Plan.

4. **GOOD CAUSE APPEARING**
   a. **IT IS ORDERED** that the Debtor(s) Plan (or Amended Plan) filed on October 3, 2005   is confirmed.
   b. **IT IS FURTHER ORDERED** that the future income of the Debtor(s) is submitted to the supervision and control of the Trustee, as is necessary for the execution of the Plan (or Amended plan).


   ADDITIONAL PROVISIONS:


                         END OF ORDER

<u>COURT SERVICE LIST</u>

ANTONIO WILLIAMS                    MAX CLINE ATTY
120 STRATFORD AVE                   1300 CLAY ST #600
SAN LEANDRO CA  94577               OAKLAND CA  94612

_____

**BAE SYSTEMS**

# CERTIFICATE OF SERVICE

**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

```
District/off: 0971-4          User: lfelix          Page 1 of 1              Date Rcvd: Jan 04, 2006
Case: 05-46123               Form ID: pdfeo         Total Served: 1
```

```
The following entities were served by first class mail on Jan 06, 2006.
db          +Antonio Williams,   120 Stratford Ave.,   San Leandro, CA 94577-1835

The following entities were served by electronic transmission.
NONE.                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
   NONE.                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 06, 2006**                    **Signature:** *Joseph Speetjens*